

# Diaz & Moskowitz, PLLC
Attorneys at Law

**John A. Diaz, Esq.**  johnadiazlaw@gmail.com  www.dmlaw.com

Garden City Office:  
1225 Franklin Avenue  
Suite 325  
Garden City, NY 11530  
(516) 686-6444  
(516) 992-3496

New York Office:  
225 Broadway  
Suite 715  
New York, NY 10007  
(212) 227-8208  
(212) 566-8165

**VIA ECF**

The Honorable Vernon S. Broderick  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.  07/11/2024
>
> The sentencing scheduled for July 29, 2024, is hereby adjourned to October 4, 2024 at 2:00 PM.

Re: *US v. Manuel Garcia*  
24 CR 246 (VSB)

Dear Judge Broderick:

     I represent the defendant, Manuel Garcia, in the above-referenced matter. Sentencing in this case is currently scheduled for July 29, 2024. The purpose of this letter is to respectfully request a 60-day adjournment of the sentencing. Counsel has yet to receive letters of support from Mr. Garcia's family and friends, which are to be included in his sentencing submission. An adjournment of 60 days will provide sufficient time for counsel to receive these letters, review the submission with Mr. Garcia and prepare for sentencing. This is the first request for an adjournment of the sentencing and the Government does not object to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing to the week of September 30, or a date that is convenient to the Court. The Court's time and attention to this matter are greatly appreciated.

                Respectfully submitted,

                /s/

                John A. Diaz, Esq.