

# DIAZ & MOSKOWITZ, PLLC

### Attorneys at Law

**John A. Diaz, Esq.**          johnadiazlaw@gmail.com          **www.dmlaw.com**

Garden City Office:
1225 Franklin Avenue
Suite 325
Garden City, NY 11530
(516) 686-6444
(516) 992-3496

New York Office:
225 Broadway
Suite 715
New York, NY 10007
(212) 227-8208
Fax  (212) 566-8165

**APPLICATION GRANTED
SO ORDERED** /s/
**VERNON S. BRODERICK
U.S.D.J.**  10/04/2024

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *US v. Manuel Garcia*
**24 CR 246 (VSB)**

Dear Judge Broderick:

I represent the defendant, Manuel Garcia, in the above-referenced matter.  On March 5, 2024, Mr. Garcia was released on a $30,000 Personal Recognizance Bond with travel restricted to the Southern and Eastern Districts of New York and the entire state of Florida.  The purpose of this letter is to respectfully request a modification of Mr. Garcia's bond conditions.  Mr. Garcia is currently in New York to meet with counsel regarding his case.  It is requested that Mr. Garcia be permitted to stay in New York until October 15, 2024 and that he be permitted to travel to New Jersey during that time to attend a wedding for a relative.  Neither the Government nor Pretrial Services objects to this request.  Accordingly, it is respectfully requested that the Court modify Mr. Garcia's bond conditions to permit him to remain in New York until October 15, 2024 and to travel to New Jersey for a wedding.   The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

/s/

John A. Diaz, Esq.

cc: All Counsel (*via ECF*)

1