

# DIAZ & MOSKOWITZ, PLLC
Attorneys at Law

| | | |
|---|---|---|
| **John A. Diaz, Esq.** | johnadiazlaw@gmail.com | www.dmlaw.com |
| Garden City Office: | | New York Office: |
| 1225 Franklin Avenue | | 225 Broadway |
| Suite 325 | | Suite 715 |
| Garden City, NY 11530 | | New York, NY 10007 |
| (516) 686-6444 | | (212) 227-8208 |
| (516) 992-3496 | | Fax (212) 566-8165 |

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 6/10/2025
Pretrial Services is directed to release Mr. Garcia's passport and cell phone to his possession.

**VIA ECF & EMAIL**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                      Re:    *United States v. Manuel Garcia,*
                                  24 CR 246 – 001 (VSB)

Dear Judge Broderick:

I represent the defendant, Manuel Garcia, on the above-referenced matter having been appointed pursuant to the provisions of the Criminal Justice Act (CJA). Mr. Garica was sentenced to three months imprisonment on December 13, 2024. His passport and cellphone are currently in the possession of Pretrial Services and the FBI, respectively. Mr. Garcia respectfully requests that his passport and cellphone be released to his possession. The Government consents to this request. The Court's time and consideration of this submission are greatly appreciated.

                                        Respectfully submitted,

                                               /s/

                                        John A. Diaz, Esq.

cc:      All counsel (*via ECF*)